UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRICK JONES,

    Plaintiff,

v.        Case No. 12-12125

WHITE,

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's May 31, 2012, "Opinion and Order Denying 'Application to Proceed Without Prepayment of Fees,' Dismissing Complaint Under 28 U.S.C. § 1915(g), and Terminating as Moot 'Application for Appointment of Counsel,'"

IT IS ORDERED AND ADJUDGED that the court summarily dismisses, without prejudice, Plaintiff Rodrick Jones's complaint. Dated at Detroit, Michigan, this 31st day of May, 2012.

        DAVID J. WEAVER
        CLERK OF THE COURT

    BY: s/Lisa Wagner
        Lisa Wagner, Deputy Clerk
        and Case Manager to
        Judge Robert H. Cleland